

IN THE
TENTH COURT OF APPEALS

_____

No. 10-11-00126-CV

IN RE ALMA ROSA LUGO

_____

Original Proceeding

MEMORANDUM  OPINION

The petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed May 18, 2011
[OT06]